# United States District Court

<u>          MIDDLE          </u> DISTRICT OF <u>          ALABAMA          </u>

RECEIVED
2006 MAR -2 P 3:34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA

v.

BENJAMIN LEYVA and
IRBIN LUNA ORTIZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:06 mj 24-DRB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>February 28, 2006,</u> in <u>Montgomery</u> County, in the <u>Middle</u> District of <u>Alabama</u> defendant(s) did, (Track Statutory Language of Offense)

unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom and reward a person, and did willfully transport that person in interstate and foreign commerce,

in violation of Title <u>   18   </u> United States Code, Section <u>   1201(a)(1),   </u>

I further state that I am a(n) <u>Special Agent with the Federal Bureau of Investigation</u> and that this complaint is based on the following facts:
                           Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_Tyler McCurdy_
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 2, 2006                                    at    Montgomery, Alabama
Date                                                        City and State

DELORES R. BOYD, U.S. MAGISTRATE JUDGE   _/s/ Delores R. Boyd_
Name & Title of Judicial Officer                      Signature of Judicial Officer