# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

IRBIN LUNA ORTIZ

**WARRANT FOR ARREST**

CASE NUMBER: 2:06mj24-DRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __IRBIN LUNA ORTIZ__
                                             Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

unlawfully seizing, confining, inveigling, decoying, kidnapping, abducting, and carrying away and holding for ransom and reward a person, and did willfully transport that person in interstate and foreign commerce,

in violation of Title __18__, United States Code, Section(s) __1201(a)(1)__.

DELORES R. BOYD
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

03/02/06    Montgomery, AL
Date and Location

(By) Deputy Clerk

Bail fixed at $_____ by _____
                                Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ ||| 
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest