# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

IRBIN LUNA ORTIZ

**WARRANT FOR ARREST**

CASE NUMBER: 2:06mj24-DRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____IRBIN LUNA ORTIZ_____
<span style="text-align:center">Name</span>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

unlawfully seizing, confining, inveigling, decoying, kidnapping, abducting, and carrying away and holding for ransom and reward a person, and did willfully transport that person in interstate and foreign commerce,

in violation of Title __18__, United States Code, Section(s) __1201(a)(1)__.

DELORES R. BOYD
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

03/02/06   Montgomery, AL
Date and Location

(By) Deputy Clerk

Bail fixed at $_____ by _____

RECEIVED 2006 MAR -3 P 3:13 UNITED STATES MARSHAL SERVICE MIDDLE ALABAMA

RETURNED AND FILED

MAR - 6 2006

Name of Judicial Officer

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF AL

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 3/3/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/1/06 | FBI Grants, NM | By: Debi Brower |

AO 442 (Rev. 5/81) Warrant for Arrest