# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: 03/22/2006

DIGITAL RECORDING: 3:28 – 3:39 pm

- ✓ **INITIAL APPEARANCE**
- ☐ **BOND HEARING**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE Delores Boyd | DEPUTY CLERK: S. Q. Long, Jr. |
| | Last Name ↓ |
| CASE NO. 2:06mj24-DRB: 02 | DEFT. NAME: Irbin Luna-ORTIZ |
| USA: Redmond | ATTY: Blanchard |

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: _____

Defendant ✓ does _____ does NOT need an interpreter

Interpreter present _____ NO ✓ YES    NAME: Beverly Childress

- ☐kars.    Date of Arrest _____ or    ☐ karsr40
- ☑kia.    Deft. First Appearance. Advised of rights/charges.  ☐Pro/Sup Rel Violator
- ☑kcnsl.    Deft. First Appearance with Counsel
- ☐    Deft. First Appearance without Counsel
- ☑    Requests appointed Counsel    ☑ ORAL MOTION for Appointment of Counsel
- ☑kfinaff.    Financial Affidavit executed ☐ to be obtained by PTSO
- ☑koappted    ORAL ORDER appointing Community Defender Organization - Notice to be filed.
- ☐k20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐    Government's WRITTEN Motion for Detention Hrg. filed.
- ☐kdmhrg.    **Detention Hearing** ☐ held; ☐ set for _____
- ☐kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐kocondrls.    Release order entered. Deft. advised of conditions of release
- ☐kbnd.    ☐BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- ☐    ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☑kloc.(LC)    Bond NOT executed. Deft to remain in Marshal's custody
- ☑    Preliminary Hearing ☑ Set for 3-24-06 at 10:30 am
- ☐ko.    Deft. ORDERED REMOVED to originating district
- ☐kwvprl.    Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐    Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☐karr.    ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of NOT GUILTY entered.
- ☐    ☐Set for _____Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
- ☐    DISCOVERY DISCLOSURES DATE: _____
- ☐krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐krmvhrg.    Identity/Removal Hearing set for _____
- ☐kwvspt    **Waiver of Speedy Trial Act Rights Executed**