# COURTROOM DEPUTY's MINUTES
# MIDDLE DISTRICT OF ALABAMA

☐ INITIAL APPEARANCE  
☐ BOND HEARING  
☐ DETENTION HEARING  
✔ PRELIMINARY (EXAMINATION) (HEARING)  
☐ REMOVAL HEARING (R.40)  
☐ ARRAIGNMENT  

DATE: 3-24-2006

Digital Recording 10:33 to 11:20 am

PRESIDING MAG. JUDGE: Delores Boyd           DEPUTY CLERK: S. Q. Long, Jr.
CASE NO.: 2:06mj24-DRB           DEFT. NAME: Irbin LUNA-ORTIZ
AUSA: Brunson           DEFT. ATTY: Bill Blanchard
Type Counsel: ( )Retained; (✔) Panel CJA; ( ) Waived; ( ) CDO
PTSO: Thweatt
USPO: ____

Defendant ✔ does ____ does NOT need an interpreter
Interpreter present ____ NO ✔ YES  Name: Beverly Childress

☐ Date of Arrest ____ or ☐ Arrest Rule 40
☐ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
☐ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained ____
☐ ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
      ☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐held; ☐ set for ____ at ____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☐ Release order entered. Deft advised of conditions of release
☐ BOND EXECUTED (M/D AL charges) $ ____. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
✔ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
✔ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for ____
      DISCOVERY DISCLOSURE DATE: ____
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for ____
☐ Waiver of Speedy Trial Act Rights executed

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, ___NORTHERN___ DIVISION

UNITED STATES OF AMERICA　*

VS.　*　CR. NO. 2:06mj24-DRB

BENJAMIN LEYVA
IRBIN LUNA-ORTIZ

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Jeff Croake | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |