IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 2:06-mj-24-DRB |
| | ) | |
| | ) | |
| BENJAMIN LEVYA and | ) | |
| IRBIN LUNA ORTIZ | ) | |

## ACCEPTANCE OF APPOINTMENT

**COMES NOW**, CJA panel attorney, William R. Blanchard, and hereby accepts this Honorable Court's appointment as counsel for **IRBIN LUNA ORTIZ** in the above styled case.

Respectfully submitted this 29th day of March 2006.

                                                s/ William R. Blanchard
                                                WILLIAM R. BLANCHARD
                                                Attorney for Irbin Luna Ortiz

**BLANCHARD LAW OFFICES**
**505 South Perry Street**
**Post Office Box 746**
**Montgomery, Alabama 36101-0746**
**(334) 269-9691**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | 2:06-mj-24-DRB |
| ) | |
| ) | |
| BENJAMIN LEVYA and ) | |
| IRBIN LUNA ORTIZ ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Susan R. Redmond, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

    Respectfully submitted,

    s/ William R. Blanchard
    BLANCHARD LAW OFFICES
    505 South Perry Street
    Post Office Box 746
    Montgomery, Alabama 36101-0746
    Office: (334) 269-9691
    Fax:    (334) 263-4766
    (BLA029)